IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| NATHAN JEREMY COOPER, | ) | Cause No. CV 05-157-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MISSOULA COUNTY DETENTION FACILITY, SPECTRUM MEDICAL, INC., and SARGENT B. JACOBSON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

United States Magistrate Jeremiah C. Lynch entered Findings and Recommendation in this matter on July 17, 2006. Nathan Jeremy Cooper did not file objections and is therefore not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

It is Judge Lynch's recommendation that Cooper's Complaint (dkt #1) should be Dismissed with prejudice pursuant to Fed. R.

-1-

Civ. P. 41(b).

I find no clear error in Judge Lynch's Findings and Recommendation (dkt #26) and I adopt them in full. Plaintiff's Complaint is Dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

DATED this 23rd day of August, 2006.

_____
DONALD W. MOLLOY, Chief Judge
United States District Court